FELIPE NERI et al., Plaintiffs, and CASIMIR PAMIA et al., Appellants, *v.* HARRY LUNDEBERG, as President, Defendant, and PAUL HALL, as Treasurer of Seafarer's International Union of North America, Atlantic & Gulf District, Respondent.

Submitted February 26, 1951; decided March 9, 1951.

*Jerome Golenbock* for motion.

*Seymour W. Miller* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the moving papers were not filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.